# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | THOMAS E. DUNN | | ALYSSA K. CAPLES | JONATHAN J. KATZ |
| EVAN R. CHESLER | MARK I. GREENE | WORLDWIDE PLAZA | JENNIFER S. CONWAY | MARGARET SEGALL D'AMICO |
| RICHARD W. CLARY | DAVID R. MARRIOTT | 825 EIGHTH AVENUE | MINH VAN NGO | RORY A. LERARIS |
| STEPHEN L. GORDON | MICHAEL A. PASKIN | NEW YORK, NY 10019-7475 | KEVIN J. ORSINI | KARA L. MUNGOVAN |
| ROBERT H. BARON | ANDREW J. PITTS | | MATTHEW MORREALE | NICHOLAS A. DORSEY |
| DAVID MERCADO | MICHAEL T. REYNOLDS | TELEPHONE: +1-212-474-1000 | JOHN D. BURETTA | ANDREW C. ELKEN |
| CHRISTINE A. VARNEY | ANTONY L. RYAN | FACSIMILE: +1-212-474-3700 | J. WESLEY EARNHARDT | JENNY HOCHENBERG |
| PETER T. BARBUR | GEORGE E. ZOBITZ | | YONATAN EVEN | VANESSA A. LAVELY |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | | BENJAMIN GRUENSTEIN | G.J. LIGELIS JR. |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | | JOSEPH D. ZAVAGLIA | MICHAEL E. MARIANI |
| RICHARD HALL | GARY A. BORNSTEIN | CITYPOINT | STEPHEN M. KESSING | LAUREN R. KENNEDY |
| JULIE A. NORTH | TIMOTHY G. CAMERON | ONE ROPEMAKER STREET | LAUREN A. MOSKOWITZ | SASHA ROSENTHAL-LARREA |
| ANDREW W. NEEDHAM | KARIN A. DEMASI | LONDON EC2Y 9HR | DAVID J. PERKINS | ALLISON M. WEIN |
| STEPHEN L. BURNS | DAVID S. FINKELSTEIN | TELEPHONE: +44-20-7453-1000 | JOHNNY G. SKUMPIJA | |
| KATHERINE B. FORREST | DAVID GREENWALD | FACSIMILE: +44-20-7860-1150 | J. LEONARD TETI, II | |
| KEITH R. HUMMEL | RACHEL G. SKAISTIS | | D. SCOTT BENNETT | |
| DAVID J. KAPPOS | PAUL H. ZUMBRO | | TING S. CHEN | SPECIAL COUNSEL |
| DANIEL SLIFKIN | ERIC W. HILFERS | | CHRISTOPHER K. FARGO | SAMUEL C. BUTLER |
| ROBERT I. TOWNSEND, III | GEORGE F. SCHOEN | | KENNETH C. HALCOM | |
| WILLIAM J. WHELAN, III | ERIK R. TAVZEL | WRITER'S DIRECT DIAL NUMBER | DAVID M. STUART | |
| PHILIP J. BOECKMAN | CRAIG F. ARCELLA | +1-212-474-1624 | AARON M. GRUBER | |
| WILLIAM V. FOGG | DAMIEN R. ZOUBEK | | O. KEITH HALLAM, III | |
| FAIZA J. SAEED | LAUREN ANGELILLI | WRITER'S EMAIL ADDRESS | OMID H. NASAB | OF COUNSEL |
| RICHARD J. STARK | TATIANA LAPUSHCHIK | npeles@cravath.com | DAMARIS HERNÁNDEZ | MICHAEL L. SCHLER |

April 12, 2019

Benjamin Stephens, Jr. v. Donald E. Venettozzi, et al.,
Case No. 13-cv-05779 (RA)

Dear Judge Abrams:

      I write with the consent of Defendants' counsel in connection with the Court's March 15, 2019 Order (ECF No. 307) granting in part and denying in part Defendants' Motion for Partial Summary Judgment.

      Rule 6(A) of the Court's Individual Rules & Practices in Civil Cases requires parties to submit a joint pretrial order within 30 days of the Court's decision on any dispositive motion. In light of the Court's April 2, 2019 Order (ECF No. 311) scheduling an evidentiary hearing on the availability and exhaustion of administrative remedies with respect to the alleged September 20, 2010 assault for June 24, 2019, and trial for December 2, 2019, the parties request an extension of the deadline to submit a joint pretrial order. The parties respectfully propose that they be prepared to discuss an appropriate schedule with the Court at the conclusion of the June 24 hearing.

      The parties appreciate your consideration of this matter.

Respectfully,

/s/ Nicole M. Peles
Nicole M. Peles

The Honorable Ronnie Abrams
   Thurgood Marshall United States Courthouse
      40 Foley Square
         New York, New York, 10017
            Abrams_NYSDChambers@nysd.uscourts.gov

VIA ECF