```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/18/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
BENJAMIN STEPHENS, JR.,

        Plaintiff,

    -v-             No. 13-CV-5779 (RA)

D. VENETOZZI, et al.,        ORDER

        Defendants.
------------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

  As discussed at today's telephone conference, this matter is stayed pending the parties' settlement negotiations. The parties shall submit a joint letter informing the Court of the date of the settlement conference promptly after they receive confirmation from Magistrate Judge Freeman, and proposing dates for trial in the event that settlement efforts are unsuccessful.

SO ORDERED.

Dated:  October 18, 2019
      New York, New York

                     Ronnie Abrams
                     United States District Judge