UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BENJAMIN STEPHENS,

                              Plaintiff,

                  - against -

DONALD E. VENETTOZZI, et. al.

                             Defendants.
------------------------------------------------------------ X

13 Civ. 5779 (RA)

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Daphna Frankel, an Assistant Attorney General at the Office of Letitia James, Attorney General of the State of New York, attorney for Defendants Mark A. Tokarz, Robert J. Cocuzza, Sr., Richard Smith, II, Ronald J. Corbin, II, William A. Lee, Michael F. Mrzyglod, Sean D. Carlson, Robert C. Snedeker, and Daniel D'Angelico ("Defendants") in the above-entitled action, hereby withdraw as an attorney of record for the Defendants, as I am transferring to a new unit in the Office and am no longer assigned to the defense of this case on the Attorney General's behalf. The Office of the Attorney General will continue to serve as counsel of record to Defendants in the above-referenced matter, and this matter will continue to be handled by Assistant Attorney General Steven Schulman.

Therefore, I hereby request that the Court grant my withdrawal and that my appearance be removed from the docket.

Dated:    New York, New York                Respectfully submitted,
          July 17, 2020

                                            LETITIA JAMES
                                            Attorney General
                                            State of New York
                                            <u>Attorney for Defendants</u>

                                            By:

                                            <i>/s/Daphna Frankel</i>
                                            Daphna Frankel
                                            Assistant Attorney General
                                            28 Liberty Street
                                            New York, New York 10005
                                            Tel: (212) 416-8572
                                            Email: daphna.frankel@ag.ny.gov


IT IS SO ORDERED.

Dated: July 20, 2020                        _____
                                            HON. RONNIE ABRAMS
                                            UNITED STATES DISTRICT JUDGE